JPL:JBD
F. #2022R00839

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

PATRICK LAU,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* MARCH 30, 2026 *
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. _____26-CR-00071_____
(T. 18, U.S.C., §§ 2251(a), 2251(e),
 2253(a), 2253(b) and 3551 et seq.; T. 21,
U.S.C., § 853(p))

Judge Margo K. Brodie
Magistrate Judge Robert M. Levy

THE GRAND JURY CHARGES:

SEXUAL EXPLOITATION OF A CHILD

1.     On or about July 24, 2022, within the Eastern District of New York and elsewhere, the defendant PATRICK LAU did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: a 12-year-old female the defendant communicated with on Discord, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting one or more live visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using one or more means and facilities of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, and which visual depictions would be produced and transmitted using materials that

had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of (a) any visual depiction described in Sections 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United States Code, Section 853(p))

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON

*by Assistant U.S. Attorney Alexandra Smith*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK